No. 68518.—Perryman, Mojonier and Candle Enterprises, Inc. *v.* United States, protest 63/19622 (Los Angeles).

Opinion by OLIVER, C.J.   The protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 68519.—Roth Flower Co., Inc., et al. *v.* United States, protests 62/11775, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise, *identified on the invoices as item No. 1401, is not in chief value of yarns, threads, or filaments and is in chief value of other material*, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MAY 7, 1964

No. 68520.—Duffco International Corporation *v.* United States, protests 61/132, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of electric food juicers or separators, and electric coffee grinders similar in all material respects to those the subject of Abstract 65798, the claim of the plaintiff was sustained.